IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY RAY ROBERTS,            ) | |
| )             | |
| Petitioner,            )            | |
| )             | |
| vs.            )            | Case No. 2:06-cv-2037-WMA-TMP |
| )             | |
| WARDEN FORNISS; and the            )            | |
| ATTORNEY GENERAL OF THE STATE            )            | |
| OF ALABAMA,            )            | |
| )             | |
| Respondents.            )            | |

DISMISSAL ORDER

The magistrate judge filed his report and recommendation on June 7, 2007, recommending dismissal of the petition because it is a "second or successive petition" not authorized by the court of appeals to be filed. After being given an extension of time, petitioner filed his objections to the report and recommendation on July 16, 2007.

Having now carefully reviewed and considered *de novo* the report and recommendation, the objections to it, and all other materials in the court file, the court finds that the petitioner's objections are due to be and hereby are OVERRULED. Further, the magistrate judge's report is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the instant petition for writ of *habeas corpus* is hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 2244(b)(3)(A).

DONE this 31st day of July, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE